UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Codey Cesar Guerrero**　　　　　　　　　　　　　　**Docket No. 7:22-CR-78-1BO**

### Petition for Action on Supervised Release

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Codey Cesar Guerrero, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1), and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on January 4, 2023, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

The defendant was released from custody on February 2, 2024, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 1, 2024, the defendant stated that he has been struggling with his mental health concerns since the time of his release. He requested the opportunity to meet with a therapist and receive counseling. To address his mental health concerns, the probation officer respectfully requests the special conditions of supervised release be modified to include mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake　　　　　　　　　　　　/s/ Korey A. Cross
David W. Leake　　　　　　　　　　　　　Korey A. Cross
Supervising U.S. Probation Officer　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　2 Princess Street, Suite 308
　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401-4290
　　　　　　　　　　　　　　　　　　　Phone: 910-679-2051
　　　　　　　　　　　　　　　　　　　Executed On: April 4, 2024

Codey Cesar Guerrero
Docket No. 7:22-CR-78-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___5___ day of __April_____, 2024, and ordered filed and made a part of the records in the above case.

_____/s/ Terrence Boyle_____
Terrence W. Boyle
United States District Judge